IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN McCURDY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:13-cv-934-MEF |
| ) | WO |
| NORMAN IPPOLITO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #9) to the Recommendation of the Magistrate Judge filed on March 24, 2014 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #8) entered on March 10, 2014 is adopted;

3. The individual defendants, as well as the State of Alabama, are DISMISSED as improper parties under this Title VII action, so that only the State of Alabama Disability Determination Service remains.

4. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 31st day of March, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE